UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 1:19-cr-00229-RLY-DML ) |
| MAHDE DANNON, | ) -01 ) |
| Defendant. | ) ) |

Courtroom Minutes for March 11, 2021
Before the Hon. Richard L. Young, Judge

Comes now the government by AUSA Matt Rinka and Paul Casey, the defendant appears in person and by FCD counsel Bill Dazey, for the change of plea hearing of the defendant.

The court determines the defendant is not under the influence of alcohol or drugs.

The court reads the Indictment and advises the defendant of his rights and the maximum and minimum penalties.

The parties submit a stipulated factual basis for the plea. The defendant pleads guilty. The court finds the defendant fully competent and capable of entering an informed plea and now adjudges the defendant guilty.

Sentencing is set for **JULY 8, 2021 at 9:00 a.m.**

The defendant is remanded to the custody of the U.S. Marshal.

Copies: All counsel of record