**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) 1:19-cr-00229-RLY-DML-1 |
| | ) |
| MAHDE DANNON, | ) |
| | ) |
| Defendants. | ) |

## DEFENDANT'S MOTION TO CONTINUE SENTENCING HEARING

Defendant Mahde Dannon, by counsel, William H. Dazey, Jr., and Indiana Federal Defenders, respectfully moves the Court to continue the sentencing date presently set in this case, and in support states:

1. Sentencing in this matter is scheduled on July 8, 2021.

2. Additional time is reasonably necessary for both the government and the defense to properly prepare for the sentencing hearing.

3. Assistant U.S. Attorney Matthew Rinka has advised undersigned counsel that the Government does not object to the continuance sought herein.

**WHEREFORE**, Defendant Mahde Dannon requests that the present sentencing date July 8, 2021, be vacated, and reset at such other time as the court's calendar permits.

Respectfully submitted,

*William H. Dazey, Jr.*
William H. Dazey, Jr.
Indiana Federal Community Defenders, Inc.
111 Monument Circle, Suite 3200
Indianapolis, IN 46204
317-383-3520

**CERTIFICATE OF SERVICE**

      I certify that on June 22, 2021, a copy of the foregoing was filed electronically. Notice of this filing will be sent to the parties of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

                                            *William H. Dazey, Jr.*
                                            William H. Dazey, Jr