UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | No. 1:19-cr-00229-RLY-DML |
| MAHDE DANNON, | ) ) | -01 |
| Defendant. | ) ) | |

**SCHEDULING ORDER**

The court, upon unopposed motion of the defendant (dkt. 94), VACATES the sentencing hearing currently set for July 8, 2021 and RESETS hearing to **SEPTEMBER 16, 2021 at 2:30 p.m.** The defendant is ordered to appear, with counsel, before the Honorable Richard L. Young, Judge, in room 349, U.S. Courthouse, 46 East Ohio Street, Indianapolis, Indiana 46204.

**SO ORDERED** this 6th day of July 2021.

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Distributed Electronically to Registered Counsel of Record