UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) Cause No. 1:19-cr-00229-RLY-DML |
| MAHDE DANNON, | ) ) |
| Defendant. | ) |

### ORDER ON MOTION TO CONTINUE SENTENCING HEARING DATE

This matter is before the Court upon the Government's Motion to Continue the Sentencing Hearing Date, currently scheduled for September 16, 2021, and the Court, being duly advised, now finds the Motion well taken, and that the Motion should be GRANTED.

**IT IS THEREFORE ORDERED** that the September 16, 2021 Sentencing Hearing is vacated, and rescheduled for October __14__, 2021 at 9:30 a.m. in Room 349.

Dated: __9/15/2021__

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Distribution to all registered counsel via electronic notification.