| Name | Case No | Conviction | Sentence | Release | US/ Deported |
|---|---|---|---|---|---|
| Mohammed Hossain | NDNY 1:04-cr-402 | Material support | 180 mo | 2020 (won compassionate release 6/8/2020 2020 WL 3265001) | US |
| Sabirhan Hasanoff | SDNY 1:10-cr-00162 | Material support | 216 mo | 2020 (won compassionate release 10/20/20 2020 U.S. Dist. LEXIS 199816) | US |
| Wesam El-Hanafi | SDNY 1:10-cr-00162 | Material support | 180 mo | 2020 (won compassionate release 5/19/20 *United States v. El-Hanafi*, 2020 WL 2538384 ) | US |
| Sami Hassoun | NDIL 1:10-CR-00773 | Att Use of Wpns of Mass Destruction | 156 mo | 2020 (won compassionate release 7/3/20 *United States v. Hassoun* 2020 U.S. Dist. LEXIS 129945 ) | To be deported to Lebanon in January, 2021 |
| Hawo Hassan | DMN 0:10-CR-00187 | Material Support | 129 mo | 2020 (won compassionate release 10/10/20) *United States v. Hassan*, 2020 U.S. Dist. LEXIS 165638) | US |
| Masoud Khan | EDVA 1:03-cr-00296 | Material support etc | Life (but reduced to time served) | 2018 | US (supervised release was terminated) |
| Seifullah Chapman | EDVA 1:03-cr-00296 | Material support etc | Life (but reduced to time served) | 2018 | US (supervised release was terminated) |
| Randall Royer | EDVA 1:03-cr-00296 | Material support etc | 240 mo (but released early) | 2016 | US |

| Name | Case | Charge | Sentence | Year | Status |
|---|---|---|---|---|---|
| Ali Al-Timimi | EDVA 1:04-cr-00385 | Inciting terrorist violence | On bail pending appeal | 2020 | US |
| John Walker Lindh | EDVA 1:02-cr-00037 | Fighting with Taliban | 240 mo | 2019 | US |
| Ali Asad Chandhia | EDVA 1:05-cr-00401 | Material support | 180 mo | 2019 | Deported to Pakistan |
| Ibrahim al-Hamdi | EDVA 1:03-cr-00296 | Material support related | 180 mo | 2017 | Deported to Yemen |
| Khwaja Hasan | EDVA 1:03-cr-00296 | Material support related | 135 mo | 2006 | US |
| Muhammed Aatique | EDVA 1:03-cr-00296 | Material support related | 126 mo | 2006 | Deported to Pakistan |
| Yong Ki Kwon | EDVA 1:03-cr-00296 | Material support related | 138 mo | 2006 | US |
| Sabri Benkhala | EDVA 1:06-cr-009 | Obstruction & false statements with terrorism enhancement | 121 mo | 2016 | US |
| Abdurahman al-Amoudi | EDVA 1:03-cr-00513 | Terrorism-related charges | 276 mo (released early) | 2018 | US |
| Jesse Curtis Morton | EDVA 1:12-cr-00035 | Conspiracy and communicating terrorist threats | 127 mo | 2017 | US |
| Tarik Shah | SDNY 1:05-cr-00673 | Material support | 180 mo | 2018 | US |
| Abdulrahman Farhane | SDNY 1:05-cr-00673 | Material support | 144 mo | 2017 | US |

| Name | Case | Charge | Sentence | Year | Status |
|---|---|---|---|---|---|
| Mahmud Brent | SDNY 1:05-cr-00673 | Material support | 180 mo | 2018 | US |
| Syed Hashmi | SDNY 1:06-cr-00442 | Material support | 240 mo | 2019 | US |
| Abdul Alishtari | SDNY 1:07-cr-00115 | Material support | 120 mo | 2015 | US |
| Amir Abdelgani | SDNY 1:93-cr-00181 | Seditious Conspiracy | 360 mo | 2019 | Deported to Sudan |
| Fares Khallafalla | SDNY 1:93-cr-00181 | Seditious Conspiracy | 420 mo | 2019 | Deported to Sudan |
| Fadil Abdelgani | SDNY 1:93-cr-00181 | Seditious Conspiracy | 300 mo | 2015 | Deported to Sudan |
| Jamal Yousef | SDNY 08-cr-01213 | Material Support | 144 mo | 2019 | Deported to Lebanon |
| Khalid Awan | EDNY 1:06-cr-00154 | Supported extremist group in Pakistan | 168 mo | 2018 | Deported to Canada (see https://globalnews.ca/news/6574295/canadian-comes-home-after-imprisoned-abroad/) |
| Abad Elfgeeh | EDNY 03-cr-0133 | Illegal money transfers related to terrorism | 188 mo | 2019 | US |
| Sahilal Sabaratnam | EDNY 1:06-cr-00615 | Material support | 300 mo | 2019 | Deported to Canada |
| Yassin Aref | NDNY 1:04-cr-402 | Material support | 180 mo | 2018 | Deported to Iraq |
| Rafil Dhafir | NDNY 5:03-cr-00064 | Violating sanctions on Iraq etc | 276 mo | 2020 (got home confinement) | US |

| Name | Case | Charge | Sentence | Release | Destination |
|---|---|---|---|---|---|
| Mukhtar al-Bakr | WDNY 1:02-cr-00214 | Material support | 120 mo | 2011 | US |
| Kifah Jayyousi | SDFL | Material support | 152 mo | 2017 | US |
| Syed Haris Ahmed | NDGA 1:06-cr-00147 | Material support | 132 mo | 2017 | US |
| Ehsanul Sadequee | NDGA 1:06-cr-00147 | Material support | 204 mo | 2020 (to home confinement from halfway house) | US |
| Enaam Arnaout | NDIL 1:02-cr-00892 | Supported Muslim fighters in Bosnia | 120 mo | 2011 | US |
| Abdelhallem Ashqar | NDIL 03-cr-978 | Contempt & obstruction in case related to funding Hamas | 135 mo | 2017 | US |
| Ahmed Bilal | DOR 3:02-cr-00399 | Engaged in firearms training to prepare for violent jihad | 120 mo | 2011 | US |
| Ihsan Elashi | NDTX 3:02-cr-00033 | Related to funding Hamas | 120 mo | 2011 | US |
| Nuradin Abdi | SDOH 2:04-cr-088 | Material support | 120 mo | 2012 | Deported to Somalia |
| Marwan El-Hindi | NDOH 3:06-cr-00719 | Material support | 132 mo | 2018 | US |
| Zubair Ahmed | NDOH 1:07-cr-00647 | Material support | 120 mo | 2018 | US |
| Adnan Mirza | SDTX 4:06-cr-00421 | Conspiracy to support the Taliban | 180 mo | 2019 | Deported to Pakistan |

| Babar Ahmad | DCT 3:04-cr-00301 | Material support | 144 mo | 2015 | Deported to UK |
|---|---|---|---|---|---|
| Hassan Abujihaad | DCT 3:07-cr-00057 | Material support | 120mo | 2016 | US |
| Narseal Batiste | SDFL 1:06-cr-20373 | Material support | 162 mo | 2018 | US |
| Fawzi Assi | EDMI 2:98-cr-80695 | Material support | 120 mo | 2013 | US |
| Issah Doreh | SDCA 3:10-cr-04246 | Material support | 120 mo | 2019 | US |