UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | No. 1:19-cr-00229-RLY-DML |
| MAHDE DANNON, | ) ) | -01 |
| Defendant. | ) ) | |

Courtroom Minutes for October 14, 2021

Before the Hon. Richard L. Young, Judge

    Comes now the government by AUSA Matthew Rinka and Paul Casey, the defendant appears in person and by FCD Bill Dazey, the USPO is represented by LaTia Dowdell, for the sentencing of the defendant.

    The parties advise the court there are no matters in dispute regarding the presentence report.

    The United States orally moves to dismiss counts 1-7.   Said motion is GRANTED, without objection.

    The court now sentences the defendant.

    The defendant is remanded to the custody of the U.S. Marshal.

Copies: All counsel of record