UNITED States District Court
for The
Southern District of Indiana

| | |
|---|---|
| UNITED States of America,<br>Plaintiff,<br><br>V.<br><br>Mahde M. Dannon,<br>Defendant. | Cause No. 1:19-cr-00229-RLY-DML-1<br><br><br>MOTION Requesting "Docketing Statement" for Notice of Appeal |

Comes Now Defendant Mahde M. Dannon, pro se, hereby, moves the Court in request for Defendants "Docketing Statement" to said Caption above:

1.) Defendant moves pro-se on said caption above for Notice of Appeal, and

2.) Said notice requires defendants "Docketing Statement" be attached with notice of Appeal as required by circuit Rule 3(C) of the U.S. Court of appeals for the Seventh Circuit

FILED
11/01/2021
U.S. DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
Roger A.G. Sharpe, Clerk

3.) Defendant request the Court order the Clerk to attach defendants "Docketing Statement" with Custodians notice, and

4.) When producing said documents, that

A.) the Clerk of Court Comply with Circuit Rule 28(a) of the U.S. Court of Appeals for the Seventh Circuit and that all forms be designated, to

B.) The United States Courts of Appeals, 219 South Dearborn street suite #2727, Chicago, Illinois, 60601.

    Wherefore Defendant prays the Court hears and grants his relief requested.

Copies To:

Mahde M. Dannon
380 Borax Dr.
Henderson KY, 42420

· William H. Dazey Jr.
  111 Monument Circle, Suite #3200
  Indianapolis, Indiana, 46204

· Christopher Conway, Clerk
  United States Court of Appeals
  219 South Dearborn St. Suite #2727
  Chicago, Illinois, 60601

Thank You

Dated: October 27, 2021

X_____
Defendant, pro se