UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:19-cr-00229-RLY-DML-01 |
| | ) | |
| MAHDE DANNON | ) | |
| a/k/a MAHDE MOHDKEAR DANNON, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER DENYING MOTION FOR DOCKETING STATEMENT**

Defendant Mahde Dannon filed a notice of appeal on October 22, 2021. A docketing statement was filed in this court on that same day. Mr. Dannon's appeal is currently pending in the Seventh Circuit at Appellate Case No: 21-2975, and records show that a docketing statement has been filed in that court. After Defendant filed his notice of appeal, he moved for this court to reconsider his sentence. The court denied his motion for reconsideration, explaining that it lacks jurisdiction while his case is pending on appeal. Nevertheless, Defendant filed a Motion Requesting Docketing Statement on November 1, 2021. Because Defendant's notice of appeal divested this court of jurisdiction, and because the Motion for Docketing Statement is superfluous, Defendant's motion (Filing No. 119) is **DENIED**.

Defendant is reminded that the Seventh Circuit is the only court that can consider his case while his appeal is pending. He should not file any additional motions in this court until his appeal has been considered.

**IT IS SO ORDERED** this 3rd day of November 2021.

```
                                    _____
                                    RICHARD L. YOUNG, JUDGE
                                    United States District Court
                                    Southern District of Indiana
```

Distributed by U.S. Mail:
Mahde Dannon
380 Borax Dr.
Henderson, KY 42420

Distributed Electronically to Counsel of Record.