UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

**FILED**
NOV 18 2021
U.S. CLERK'S OFFICE
INDIANAPOLIS, INDIANA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | ) |
| Plaintiff, | ) ) ) |
| v. | ) NO. 1:19-cr-0229 –RLY-DML ) |
| **MAHDE DANNON** | ) ) **VERIFIED PETITION** |
| Defendant. | ) **OF INTEREST AND CLAIM** ) |

AND THE INTEREST OF:
NESREEN M. DANNON &
MOHDKEAR K. DANNON Claimants.

### VERIFIED PETITION OF INTEREST AND CLAIM

**MOHDKEAR K. DANNON & NESREEN M. DANNON** swear and affirm upon their oath, subject to the penalty for perjury, pursuant to **21 U.S.C.*853n**, that the following facts and circumstances are true:

### IDENTITY OF PROPERTY AND CLAIMANT'S INTEREST

The property is **one BMW sedan VIN: WBAWB73587PV80262 [ASSET I.D. # 19-FBI-005612]** seized from MAHDE DANNON in the *Southern District of Indiana*, which is a portion of the property sought to be forfeited by this action. The claimants are the legal title-holders of the vehicle which the claimants purchased with lawfully earned currency. Claimants assert legal title to 100% of the seized vehicle which was purchased on February 26, 2017.


FURTHER, Affiants say not.

_____
NESREEN M. DANNON

_____
MOHDKEAR K. DANNON

NESREEN M. DANNON
14082 NORTHCOAT PLACE
FISHERS, INDIANA 46038

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing **VERIFIED PETITION OF INTEREST AND CLAIM** was filed with the Clerk of the Court and served upon Matthew Rinka, AUSA, 10 WEST MARKET STREET, SUITE 2100, INDIANAPOLIS, IN 46204, by United States First Class Mail.

_____
NESREEN DANNON

